NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AUTUMN DAWN BRETON,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-4612
                                       )
WILMINGTON SAVINGS FUND                )
SOCIETY, FSB, D/B/A                    )
CHRISTIANA TRUST, NOT IN               )
ITS INDIVIDUAL CAPACITY,               )
BUT SOLELY AS TRUSTEE                  )
FOR BCAT 2015-14ATT,                   )
                                       )
          Appellee.                    )
_____)


Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Pasco County; Linda H. Babb, Judge.

Autumn Dawn Breton, pro se.

Adam J. Knight and Jacqueline
Simms-Petredis of Burr & Forman LLP,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.

SALARIO, and ATKINSON, JJ., and CASE, JAMES, ASSOCIATE SENIOR JUDGE, Concur.